UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDITH PARKS,

          Plaintiff,

  v.

CITY OF MODESTO, et al.,

          Defendants.

No. 2:16-cv-0848 MCE CKD PS

ORDER

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff states she is employed and receives pensions, annuities or life insurance payments but does not state the amounts.[1] Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

/////

/////

---

[1] Plaintiff indicates that she receives IHSS payments of $300 and retirement money of $190 per month. It is not clear from plaintiff's application whether these amounts represent the entirety of plaintiff's income. In the complaint, plaintiff also indicates that she owns a taxi service but does not list any vehicles or their value on the in forma pauperis application. Plaintiff also does not indicate whether she owns the house in which she resides.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 parks0848.inc

2