UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH PARKS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MODESTO, et al.,<br><br>        Defendants. | No.  2:16-cv-0848 MCE CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

      By order filed June 15, 2016, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint.  On July 15, 2016, plaintiff filed a letter with the court but this document does not comply with the court's order requiring the filing of a second amended complaint and does not cure any of the deficiencies found in the previously filed original and first amended complaints.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 parks0848.fta